No. —. Ex parte Bernard Bahlhorn;
No. —. Ex parte Nicholas Parsin; and
No. —. Errington *v.* Hudspeth, Warden. May 25, 1942. Applications denied.

No. —. Wetzel *v.* Schaefer. May 25, 1942. The petition for appeal is denied.

No. —, original. Ex parte George R. Busser;
No. —, original. Ex parte Alfred Bauer; and
No. —, original. Ex parte Cassius McDonald. May 25, 1942. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 830. Seminole Nation *v.* United States. May 25, 1942. Ordered that the opinion in this case be amended by adding at the end of the first full paragraph on page 4 the following: "The Government in this Court agrees to this proposition and suggests that the cause be remanded to the Court of Claims."